NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1081

AJINOMOTO CO., INC.
and AJINOMOTO HEARTLAND LLC,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

GLOBAL BIO-CHEM TECHNOLOGY GROUP COMPANY LIMITED,
CHANGCHUN DACHENG BIO-CHEM ENGINEERING DEVELOPMENT CO., LTD.,
CHANGCHUN BAOHCENG BIO-CHEM DEVELOPMENT CO., LTD.,
CHANGCHUN DAHE BIO TECHNOLOGY DEVELOPMENT CO., LTD.,
and BIO-CHEM TECHNOLOGY (HK) LIMITED,

Intervenors.

On appeal from the United States International Trade Commission in
Investigation No. 337-TA-571.

ON MOTION

Before BRYSON, Circuit Judge.

ORDER

The International Trade Commission moves for a seven-day extension of time,
until June 29, 2009, to file its brief. Global Bio-Chem Technology Group et al. move
without opposition for a two-day extension of time, until June 24, 2009, to file their brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motions are granted.  No further extensions should be anticipated.

(2)     Ajinomoto Co., Inc. et al. should calculate the due date for their brief from the date of service of the Commission's brief.

FOR THE COURT

JUN 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Joseph M. Malkin, Esq.
        James A. Worth, Esq.
        Claire Laporte, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 3 0 2009

JAN HORBALY
CLERK